UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**09-10152-NMG**

UNITED STATES OF AMERICA

v.

**DAVID PLACE**

## ORDER ON MOTION TO COMPEL

**May 24, 2010**

SOROKIN, M.J.

The Defendant has moved to compel certain discovery. Insofar as he seeks an unredacted copy of a report, the motion is moot as the government produced the discovery sought.

He also requests "advance identification and disclosure of any co-conspirator hearsay the government anticipates introducing against the defendant at trial in this case." As refined during the hearing on the Motion, defense counsel distinguished between two different types of coconspirator statements. Following the ruling of United States v. Murgas, 967 F.Supp. 695, the defendant seeks conconspirator statements where the government does not intend to call as a witness the conconspirator. In Murgas, the Court ruled that "statements of coconspirators made during the course of and in furtherance of a conspiracy that are attributable to a defendant are discoverable by that defendant . . . . [except w]here the government does intend to call such conspirators as witnesses, [in which case] the Jencks Act governs" rendering the statements not discoverable. Id. at 713. Defendant cited no authority from this district or circuit in support of

the discovery request.

This request is DENIED. Federal Rule of Criminal Procedure 16(a)(1)(B)(I) requires disclosure of statements "by the defendant," notwithstanding the cited cases, that language does not encompass statements made by coconspirators (i.e not by the defendant) that, under Federal Rule of Evidence 801(d)(2)(E) are not hearsay and thus admissible against the defendant. The defendant has not made a showing that the statements sought are "material" within the meaning of Rule 16 or that they are otherwise discoverable under the Local Rules or United States Constitution. Insofar as a dispute regarding the proper timing for pretrial disclosure of Jencks Act material underlies this Motion, that issue is more properly resolved by the district judge presiding over this matter.

Accordingly, the Motion to Compel (Docket #31) is DENIED.

/ s / Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE