UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**09-10152-NMG**

UNITED STATES OF AMERICA

v.

**DAVID PLACE**

### ORDER ON MOTION FOR BILL OF PARTICULARS

**October 18, 2010**

SOROKIN, M.J.

The Defendant's Motion for a Bill of Particulars (Docket # 57) is DENIED for the reasons set forth below.

1. The Motion is untimely. The Court established a September 28, 2010, deadline for filing discovery motions, including motions for a bill of particulars, at the September 8, 2010 arraignment of the defendant on the Superceding Indictment. The Motion was filed on October 6, 2010. No motion for extension or late filing has been filed or allowed.

2. Defendant's request for specification of whether the Government proceeds under paragraph 1 or 2 of 18 U.S.C. § 545, in Counts 8 and 9, and his requests for other further detail regarding dates of the alleged offense or theories of liability (see Docket #57 at 1-2 listing all of defendant's specification requests), are DENIED. These two counts are "plain, concise, and definite written statements of the essential facts constituting the offense charged," Fed. Rule Crim. P. 7(c), and as defendant points out in his motion, the language of these two counts tracks

the language of paragraph 2 of the statute.  In addition, defendant has received the facts alleged in the charging instrument, the discovery in the case, the Government's response to defendant's discovery requests (which provide further detail regarding evidence the Government will rely upon), the Government's witness list and the Government's exhibit list.  Accordingly, the Bill of Particulars sought is not warranted and defendant, in light of the foregoing, is not disabled from preparing a defense, does not face unfair surprise at trial and is not hampered in seeking the protection of the Double Jeopardy Clause.  United States v. Sepulveda, 15 F.3d 1161, 1192-93 (1st Cir. 1993).

    / s / Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE